IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Linda Wilson, Individually and as Personal Representative of the Estate of Michael A. Wilson, | ) ) ) ) | C/A No.: 1:12-902-JFA-SVH |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | |
| Berkeley County; Berkeley County EMS; Berkeley County Sherriffs Office; H. Wayne Dewitt, individually and in his official capacity as Sheriff of Berkeley County; Ellen Williamson, PFC officially and individually; Maybank, SGT officially and individually; Hamlet, CPL officially and individually; Ellwood, PFC officially and individually; Biering, PFC officially and individually; Thomasine Etikerentse, MD; Paula Brodie, RN; Hope Clinic LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER OF ABSTENTION |
| Defendants. | ) | |

Counsel for defendant Thomasine Etikerentse has filed a Suggestion of Bankruptcy [Entry #37] advising the court that defendant Hope Clinic, LLC[1] filed a petition in United States Bankruptcy Court in the District of South Carolina under Chapter 11 of the Bankruptcy provisions of the United States Code on July 11, 2012 (Case Number 12-04277-dd). Pursuant to 11 U.S.C. § 362(a)(1), the court stays further

---

[1] The court notes that counsel for defendant Thomasine Etikerentse also represents Hope Clinic, LLC.

proceedings in this action against Defendant Hope Clinic, LLC until such time as the stay is lifted or otherwise modified.  The case shall continue as to the remaining defendants.

    IT IS SO ORDERED.

August 6, 2012  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge