IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Linda Wilson, Individually and as Personal Representative of the Estate of Michael A. Wilson, | ) ) ) ) | C/A No.: 1:12-902-JFA-SVH |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| Berkeley County; Berkeley County EMS; Berkeley County Sherriffs Office; H. Wayne Dewitt, individually and in his official capacity as Sheriff of Berkeley County; Ellen Williamson, PFC officially and individually; Maybank, SGT officially and individually; Hamlet, CPL officially and individually; Ellwood, PFC officially and individually; Biering, PFC officially and individually; Temisan Etikerentse, MD; Paula Brodie, RN; Hope Clinic LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

    This matter came before the court on October 2, 2012, pursuant to a motion to compel responses to the Plaintiff's First Request for Production filed by Plaintiff on August 24, 2012.[Entry #39] Specifically, Plaintiff seeks an order compelling Defendants Berkeley County and Berkeley County Sheriff's Office to produce responses to Request for Production Number 7. After hearing arguments of counsel and reviewing the Motion and Request for Production, it is ordered that Defendants Berkeley County and Berkeley County Sheriff's Office shall produce the name, date of birth, and last known address of those detainees who were booked at Berkeley County Detention Center on the same day as Plaintiff's decedent within fifteen (15) days of this order. This information shall be

treated as confidential pursuant to the confidentiality order dated October 3, 2012.[Entry #49].

    IT IS SO ORDERED.

*/s/ Shiva V. Hodges/*

October 3, 2012                        Shiva V. Hodges
Columbia, South Carolina         United States Magistrate Judge