IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

C/A No.: 1:12-902-JFA-SVH

| | |
|---|---|
| Linda Wilson, Individually and as the Personal Representative of the Estate of Michael A. Wilson, <br><br>    Plaintiff, <br><br>vs. <br><br>Berkeley County, Berkeley County EMS, Berkeley County Sheriff's Office, Sheriff H. Wayne Dewitt, individually and in his official capacity as Sheriff of Berkeley County, Ellen Williamson, PFC, officially and individually; Maybank, SGT, officially and individually; Hamlet, CPL, officially and individually; Ellwood, PFC, officially and individually; Biering, PFC, officially and individually, Temisan Etikerentse, M.D., Paula Brodie, R.N., and Hope Clinic, LLC, <br><br>    Defendants. | ORDER |

This matter comes before the court on the parties' consent motion to stay the scheduling order for a reasonable time to allow defendant Paula Brodie to engage new counsel. [Entry #56]. Plaintiff regretfully informed the court that Mitchell Lanier, counsel of record for Brodie, passed away on December 1, 2012. *Id*. According to Plaintiff, Brodie is in the process of engaging new counsel. *Id*. Accordingly, the court grants the motion and stays the scheduling order until January 22, 2013 to allow Brodie additional time to engage new counsel or decide to proceed *pro se*. No later than January 22, 2013, the parties shall file a consent motion requesting a reasonable amended scheduling order.

The court directs Brodie to notify the court of the identity of the new attorney(s) she retains to represent her in this case or, alternatively, of her desire to proceed with this litigation pro se, i.e., without an attorney. To this end, Brodie shall complete the attached notice by January 22, 2013 and mail it to the clerk of court at the address indicated. Brodie is specifically advised that, if no new attorney is obtained to represent her interests, the court will expect this litigation to be conducted in accordance with all provisions of the Federal Rules of Civil Procedure and that the court is unable to provide her with legal advice. Brodie is directed to consult the Pro Se Guide available on the District Court's website at www.scd.uscourts.gov under the "pro se" tab. Failure to comply with court rules could have serious consequences including, but not limited to, striking a claim, defense, pleading, and/or holding the party in default.

IT IS SO ORDERED.

*Shiva V. Hodges*

December 20, 2012  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge

2

Name     _____

Address_____

_____

Clerk of Court
United States District Court
901 Richland Street
Columbia, South Carolina 29201

    *In Re:  1:12-902-JFA-SVH Wilson v. Berkeley County, et al.*

Dear Mr. Propes:

    In response to the order of Judge Hodges dated December 20, 2012, I wish to advise as follows:

    _____ 1.    I have obtained a new attorney to represent me in this matter.  His [or her] name, address, and telephone number are as follows:

    _____

    _____

    OR

    _____ 2.    I have **NOT** obtained a new attorney and will represent myself in this matter.  The clerk is directed to forward all notices and pleadings to me at the above address.  I understand that I am obligated to comply with all provisions of the Federal Rules of Civil Procedure and to keep the Clerk of Court informed as to my proper address.

_____  _____
Signature                                                                        Date

_____
Printed Name

3