IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Linda Wilson, Individually and as the Personal Representative of the Estate of Michael A. Wilson, | ) ) ) ) | C/A No.: 1:12-902-JFA-SVH |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | |
| Berkeley County, Berkeley County EMS, Berkeley County Sheriff's Office, Sheriff H. Wayne Dewitt, individually and in his official capacity as Sheriff of Berkeley County, Ellen Williamson, PFC, officially and individually; Maybank, SGT, officially and individually; Hamlet, CPL, officially and individually; Ellwood, PFC, officially and individually; Biering, PFC, officially and individually, Temisan Etikerentse, M.D., Paula Brodie, R.N., and Hope Clinic, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | | |

Pursuant to the Fifth Amended Scheduling Order in this case, dispositive motions were to be filed by no later than January 31, 2014. [Entry #123]. These deadlines have now expired and all dispositive motions that were filed are now pending before the District Judge. It appears that upon the District Judge's ruling on the pending dispositive motions, this case will be ready for trial. The Clerk is hereby directed to forward the file to the District Judge for trial.

IT IS SO ORDERED.

*Shiva V. Hodges*

August 28, 2014  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge