IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| Linda Wilson, Individually and as Personal Representative of the Estate of Michael A. Wilson, <br><br> Plaintiff, <br><br> vs. <br><br> Thomasine Etikerentse, MD; Paula Brodie, RN; Hope Clinic LLC, <br><br> Defendants. | C/A No.: 1:12-902-JFA-SVH <br><br><br> ORDER OF CONTINUANCE |

Following discussions at a status conference in this case, the Court was persuaded to continue this case from November 2014 to a date certain trial beginning on Monday, March 9, 2015. This is a firm trial date of a case that is nearly three years old and counsel should mark their calenders and adjust their schedules accordingly.

Jury selection will be conducted in Charleston, South Carolina in 2015, on a date to be determined after the 2015 trial calendar is finalized, and counsel will be seasonably notified.

The Court will conduct a pretrial conference at 10:00 a.m. on Wednesday, February 11, 2015. The parties' obligation to file pretrial briefs is advanced so that the briefs shall be provided to this Court on or before Wednesday, February 4, 2015. Counsel should attend the pretrial conference prepared to discuss stipulations and evidentiary objections so that a resolution of these matters might expedite the trial in this case. The Court's schedule will

1

not allow for a trial exceeding one week, and it is important that counsel attend the pretrial conference prepared to do everything possible to expedite the trial.

    IT IS SO ORDERED.

October 22, 2014                              Joseph F. Anderson, Jr.
Columbia, South Carolina                United States District Judge