**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

|  |  |
|---|---|
| Linda Wilson, Individually and as the Personal Representative of the Estate of Michael A. Wilson, ) ) ) ) PLAINTIFF, ) ) vs. ) ) Berkeley County, Berkeley County EMS, Berkeley County Sheriff's Office, Sheriff H. Wayne Dewitt, individually and in his official capacity as Sheriff of Berkeley County, Ellen Williamson, PFC, officially and individually; Maybank, SGT, officially and individually; Hamlet, CPL, officially and individually; Ellwood, PFC, officially and individually; Biering, PFC, officially and individually, Temisan Etikerentse, M.D., Paula Brodie, R.N., and Hope Clinic, LLC, ) ) ) ) ) ) ) ) ) ) ) ) ) DEFENDANTS. ) | C/A No.: 1:12-cv-00902-JFA-SVH  <br><br><br>**ORDER APPROVING SETTLEMENT** |

This matter is before the Court by Petition of Linda Wilson, individually and as the duly appointed Personal Representative of the Estate of Michael A. Wilson, deceased, seeking approval of the proposed settlement and disbursement of the settlement proceeds in this case. Upon review of the Petition, this Court finds that this case involves complex issues of medical malpractice regarding the suffering and death of Michael A. Wilson. Additionally, it involves numerous witnesses and out of state experts.

This Court has had the opportunity to fully discuss with Mrs. Wilson all aspects of the case, including whether she was satisfied with the settlement and the services rendered by her attorneys, James B. Moore III, W. Mullins McLeod, Jr., and T. Dyllan Rankin. Mrs. Wilson

1

indicated that she understood and was fully satisfied with the terms of the settlement and that she was completely satisfied with the services of her attorneys.

This Court finds that a settlement agreement has been reached with Defendants Temisan Etikerentse, M.D., Paula Brodie, R.N., and Hope Clinic, LLC. Specifically, in accordance with the Petition for Settlement, Two Hundred and Fifty Thousand ($250,000.00) Dollars is to be paid by the Defendants Temisan Etikerentse, M.D., Paula Brodie, R.N., and Hope Clinic, LLC (by and through their insurers) to the Plaintiff/Petitioner and will be allocated towards the Wrongful Death Claim.

This Court finds that upon payment of the sums aforesaid, Defendants Temisan Etikerentse, M.D., Paula Brodie, R.N., and Hope Clinic, LLC shall be relieved and forever discharged of any liability or responsibility to the Estate of Michael A. Wilson, his beneficiaries, heirs, and personal representative for any damages sustained as a result of the aforesaid incident. The Plaintiff/Petitioner is authorized to consummate the settlement referred to in the within Petition and to execute and deliver to the Defendants an appropriate release ending and barring all claims arising in any way of the incident alleged in the pleadings.

This Court finds that the Petitioner/Plaintiff retained James B. Moore III, W. Mullins McLeod, Jr., and T. Dyllan Rankin to prosecute this matter on behalf of the Estate. In this regard, the Personal Representative has agreed to pay these attorneys (40%) of the settlement amount as attorneys' fees plus the payment of all costs expended to prosecute this case. Further, the net settlement proceeds shall be distributed to the decedent's legal heirs, after attorneys' fees and all litigation costs (shown on the settlement/disbursement sheet submitted to the Court). This Court finds that attorneys' fee and expenses identified on the settlement/disbursement sheet submitted to the Court are reasonable. Further, the net settlement proceeds shall be held in trust and

distributed to the appropriate heirs, after deduction of all attorneys' fees and all litigation costs as listed on the settlement/disbursement sheets.

This Court finds that the Estate of Michael A. Wilson is currently open and pending in the Probate Court for Berkeley County under Case No: 2011-ES08-424. The Court has been informed that there are no claims existing against the Estate and the time period for creditors to file a claim has expired. The Court finds that Michael A. Wilson died leaving no will and two (2) statutory heirs: Linda Wilson, his wife, and Michelle Wilson, his natural daughter.

Now it is hereby Ordered, Adjudged and Decreed that this settlement is reasonable and is approved as set forth in the Petition, Order and Releases to be executed by the Plaintiff/Petitioner. Further, this Court finds that the attorneys' fees and litigation costs included on the disbursement sheet is reasonable and, further, that they are allowed to be immediately disbursed with the remaining net funds to be distributed to the statutory heirs in accordance with the terms of the Petition and this Order.

IT IS SO ORDERED.

March 31, 2015
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge